

# UNITED STATES COURTS OF MINNESOTA

*"I will mount up on the wings of Eagles, I will run and not grow weary, I will walk and not faint."*

---

Brenda Calloway Colvin

Plaintiff,

V.

Parker's Lake Apartments

Defendants

Case No. :

Honorable Judge:

Honorable Magistrate: Schultz

FAIR HOUSING
EQUAL CREDIT OPPPORTUNITY
AMERICAN WITH DISABILITIES

42 U.S. Code §1982

MOTION TO AMEND INJUNCTION

UNITED STATES CONSTITUTION

RULE OF LAW

SCANNED
MAY 23 2019
U.S. DISTRICT COURT MPLS

{ 1 }

Your Honor,

1. I apologize, the Motion for an Injunction is not numbered according to Federal Rules of Civil Procedure.

2. I would like to file a correction of this motion. Please, and thank you.

With Respect to the Court,

Brenda Colvin

May 22nd 2019