UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brenda Calloway Colvin,                            Case No. 19-cv-1045 (SRN/DTS)

      Plaintiff,

v.                                                 **ORDER**

Parker's Lake Apartments,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated July 10, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Defendant Parkers Lake Apartment's Motion for Summary Judgment [Doc. No. 87] is DENIED AS MOOT.

2. This action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 27, 2020

                                                        s/Susan Richard Nelson
                                                        SUSAN RICHARD NELSON
                                                        United States District Judge